**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                            Case No.  3:08cr115/MCR

ANDRE DARRELL PERRY

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, ANDRE DARRELL PERRY, to Counts I and II of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 23rd day of December, 2008.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**